In the Matter of George W. FORTIER, Bankrupt.

Helen S. CREHORE v. George W. FORTIER, Bankrupt.

No. 5465.

Circuit Court of Appeals, Seventh Circuit.

June 27, 1935.

Theodore G. Remer and M. C. Eiseman, both of Chicago, Ill., for appellant.

Edward P. Madigan, of Chicago, Ill., for appellee.

Before EVANS, FITZHENRY, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

HALPERIN PRODUCTIONS, Inc., Appellant, v. Walter C. DURST, Trustee in Bankruptcy of Patents Process and Frank D. Williams, Bankrupts, Appellee.

No. 7919.

Circuit Court of Appeals, Ninth Circuit.

Aug. 12, 1935.

Russell Graham, David C. Marcus, and Burke and Herron, all of Los Angeles, Cal., for appellant.

Samuel S. Gelberg, of Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellee and it appearing therefrom that appellant has failed to file record and dock-

et cause as required by rule, ordered appeal dismissed; mandate forthwith.

Daniel HOGAN, Appellant, v. Henry C. HILL, Warden, etc.

No. 5778.

Circuit Court of Appeals, Third Circuit.

July 16, 1935.

Abram M. Frumberg, of New York City, and Andrew A. Leiser, of Lewisburg, Pa. (I. Reines Skier and Jacob F. Adelman, both of New York City, of counsel), for appellant.

Frank J. McDonnell, U. S. Atty., of Scranton, Pa., Herman F. Reich, Asst. U. S. Atty., of Sunbury, Pa., and A. E. Gottshall, of Washington, D. C., for appellee.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

After hearing and due consideration, we find no error committed by the hearing judge. So holding, his order dismissing the petition is affirmed.